UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
POUGHKEEPSIE WATERFRONT
DEVELOPMENT, LLC,

                        Plaintiff,

  -against-                                           20 CIVIL 4890 (KMK)

                                                              **JUDGMENT**

THE TRAVELERS INDEMNITY COMPANY OF
AMERICA, et al.,

                        Defendants.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2021, Defendant's Motion is granted and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        September 24, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                              BY:

                                                        **Deputy Clerk**